```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0131--CR (JKS)
                         "USA V JOSHUA A. HILER ET AL"
                            DEF 1.1 HILER, JOSHUA A.

             Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/17/04
             Closed:  NO
 No. of Defendants:  2
    MJ Case Number:  A04-0295--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:  08/29/05
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Mark A. Rosenbaum
                     4940 Byrd Lane, Suite 100
                     Anchorage, AK 99502
                     907-243-2400
                     FAX 907-243-2609
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  David A. Nesbett
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



  Counts re: DEF 1.1 HILER, JOSHUA A.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:841(a)(1) & 841(b)(1)(B)(iii) POSSESSION OF 5 GRAMS OR MORE OF COCAINE BASE WITH INTENT TO DISTRIBUTE (F) | Pending |
| 1 -  1 IND | 2 | 21:841(a)(1) & 841(b)(1)(B)(iii) POSSESSION OF 5 GRAMS OR MORE OF COCAINE BASE WITH INTENT TO DISTRIBUTE (F) | Pending |
| 1 -  1 IND | 3 | 18:924(c)(1)(A) POSSESSION OF A FIREARM DURING AND IN RELATION TO AND IN FURTHERANCE OF DRUG TRAFFICKING (F) | Pending |
| 1 -  1 IND | 4 | 26:5845(a)(2) and 5861(c) POSSESSION OF A PROHIBITED FIREARM (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0131--CR (JKS)
                              "USA V JOSHUA A. HILER ET AL"
                              DEF 1.1 HILER, JOSHUA A.

                Including terminated defendants, excluding terminated counsel


   1 -   1 IND    5        18:1512(a)(1)(A) WITNESS TAMPERING (F)                Pending
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0131--CR (JKS)
                             "USA V JOSHUA A. HILER ET AL"
                                 DEF 2.1 HILER, LEVON

              Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/17/04
            Closed: NO
No. of Defendants: 2
    MJ Case Number: A04-0294--MJ
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: NO
Counsel of record: F. Richard Curtner
                   Federal Public Defender Agency
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3412
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: David A. Nesbett
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 HILER, LEVON

Document          Count      Citation and Description                        Disposition
─────────         ─────      ────────────────────────                        ───────────
   1 -    1 IND     5        18:1512(a)(1)(A) WITNESS TAMPERING (F)          Dismissed
                                                                             (48-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0131--CR (JKS)
                                 "USA V JOSHUA A. HILER ET AL"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/17/04
            Closed: NO
No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/17/04 | [Re: DEF 1-2] PLF 1 Indictment. |
| NOTE - 1 | 11/18/04 | Notation: Proposed Trial Date Setting for Arr & Notice of ST act ddlns to DJ. |
| 2 - 1 | 11/18/04 | [Re: DEF 1-2] AHB Grand Jury Minutes; in fed custody; set for arr and notify USM; det per 18:3142. |
| 3 - 1 | 11/18/04 | [Re: DEF 1] Documents 2-5 transferred from: A04-0295 MJ (AHB) to A04-0131 CR (JKS). |
| 4 - 1 | 11/18/04 | [Re: DEF 2] Documents 2-5 transferred from: A04-0294 MJ (AHB) to A04-0131 CR (JKS). |
| 5 - 1 | 11/18/04 | [Re: DEF 1-2] AHB Minute Order that prelim/det hrgs set in MJ cases are VACATED and RESET as arr/det hrgs as follows: Def 1: 10:00 a.m., 11/23/04; Def 2: 1:00 p.m., 11/19/04. cc: USA, USM, PO, FPD, S. Dattan |
| 6 - 1 | 11/19/04 | DEF 2 Attorney Appearance of R. Curtner (FPD). |
| 7 - 1 | 11/22/04 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] re Arr on Indt/Det hrg hld 11/19/04; R. Curtner apptd; def pled not guilty; def detained; PTM's due 12/8/04; responses due 12/15/04; replies due 12/17/04; cnal advised of FPTC set for 1/5/05 at 3:30 p.m. and TBJ set for 1/10/05 at 9:00 a.m. before Judge Singleton; def's oral for release denied. w/att witness & exh list. cc: USA, FPD, USM, USPO, Judge Singleton |
| 8 - 1 | 11/22/04 | [Re: DEF 2] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 9 - 1 | 11/22/04 | [Re: DEF 2] AHB Order regarding preparation for trial re cnsl to meet & confer by 11/24/04; PTM's due 12/8/04. cc: USA, FPD |
| 10 - 1 | 11/23/04 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Argn on Ind/Det Hrg (held 11/23/04); pleas not guilty cts 1 - 5 of Ind; ptm due 12/7/04; Trial by Jury set 1/10/05, FPTC set 1/5/05 at 3:30 pm before Judge Singleton.  cc: AUSA, D. Dattan, USM, USPO, Judge Singleton. |
| 11 - 1 | 11/23/04 | [Re: DEF 1-2] JKS Minute Order setting FPTC for 1/5/05 at 3:30 p.m.; TBJ set for 1/10/05 at 9:00 a.m. cc: USA, D. Dattan, FPD, USM, USPO, JC, MJ Branson |
| 12 - 1 | 11/23/04 | [Re: DEF 2] AHB Order restricting contact; that def Levon Hiler shall have no telephone or personal contact w/ co-def Joshua Hiller, or anyone else other that his atty, his immediate family, & his girlfriend, Shayleen Evans. cc: USA, FPD |
| 13 - 1 | 11/29/04 | [Re: DEF 1] AHB Order of Detention Pending Trial.  cc; AUSA, D. Dattan, USM, USPO |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0131--CR (JKS)
                              "USA V JOSHUA A. HILER ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 11/29/04 | [Re: DEF 1] AHB Order regarding preparation for trial.  Counsel to meet by 11/29/04; Counsel to certify conference w/in 10 days.   Pretrial motions are due by 12/7/04.  cc: AUSA, D. Dattan |
| 15 - 1 | 11/29/04 | [Re: DEF 1-2] PLF 1 Discovery conference certificate. |
| 16 - 1 | 12/29/04 | DEF 1 motion to continue trial w/att aff. |
| 17 - 1 | 12/29/04 | DEF 2 Unopposed motion to continue trial. |
| 18 - 1 | 12/30/04 | [Re: DEF 1-2] JKS Minute Order re hrg on defs' motions to cont trial (16-1, 17-1) set for 1/3/05 at 9:30 a.m. cc: USA, D. Dattan, FPD, USM, USPO, MJ Branson |
| 19 - 1 | 01/03/05 | [Re: DEF 1-2] JKS Court Minutes [ECR: Caroline Edmiston] re hearing on motions to continue trial (doc #16 & #17) hld 1/3/04; granting motion to continue trial (16-1) & unopposed motion to continue trial (17-1); court found excludable delay; FPTC set for 1/5/05 & TBJ set for 1/10/05 are VACATED; FPTC reset for 4/13/05 at 4:00 p.m.; TBJ reset for 4/18/05 at 9:00 a.m. cc: USA, S. Dattan, FPD, USM, USPO, MJ Branson, JC |
| 20 - 1 | 01/05/05 | [Re: DEF 1-2] AMENDED JKS Court Minutes [ECR: Caroline Edmiston] re hearing on motions to continue trial (doc #16 & #17) hld 1/3/04; granting motion to continue trial (16-1) & unopposed motion to continue trial (17-1); court found excludable delay; FPTC set for 1/5/05 & TBJ set for 1/10/05 are VACATED; FPTC reset for 4/13/05 at 4:00 p.m.; TBJ reset for 4/18/05 at 9:00 a.m. cc: USA, S. Dattan, FPD, USM, USPO, MJ Branson, JC |
| 21 - 1 | 03/04/05 | {SEALED} |
| 21 - 2 | 03/04/05 | {SEALED} |
| 22 - 1 | 03/17/05 | DEF 1 motion to bring defendant to Anchorage before April 8, 2005 w/att aff. |
| 23 - 1 | 03/18/05 | [Re: DEF 1] AHB Order granting motion to bring defendant to Anchorage before April 8, 2005 (22-1).  cc: AUSA, D. Dattan, USM, USPO |
| 24 - 1 | 03/30/05 | ZZZ 1 Limited Attorney Appearance. |
| 25 - 1 | 03/30/05 | ZZZ 1 motion to depose def Josuha Hiller for an unrelated court proceeding. |
| 26 - 1 | 03/31/05 | [Re: DEF 1; ZZZ 1] AHB Minute Order re cnsl for DEF 1 response to ZZZ 1 mot to depose def for an unrelated crt proceeding (25-1) due 4/5/05. cc: USA, D. Dattan, M. Kelley |
| 27 - 1 | 04/01/05 | [Re: DEF 1] ZZZ 1 Notice of w/d mot to depose def w/att exh. |
| 27 - 2 | 04/04/05 | [Re: DEF 1] Clerk's Notice withdrawing motion to depose def Josuha Hiller for an unrelated court proceeding (25-1). |
| 28 - 1 | 04/08/05 | DEF 1 Unopposed motion on shortened time to continue trial w/att aff. |
| 29 - 1 | 04/11/05 | [Re: DEF 1] JKS Order the issue of Def J. Hiler's mot for cont will be addresses a the pretrial conference 4/13/05 at 4:00 p.m.  cc: AUSA, S. Dattan, FPD, USM, USPO |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0131--CR (JKS)
                             "USA V JOSHUA A. HILER ET AL"
```

|                        |                                     |
|------------------------|-------------------------------------|
|                        | For all filing dates                |

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 04/12/05 | DEF 2 Notice of Intent to change plea. |
| 31 - 1 | 04/14/05 | [Re: DEF 1-2] JKS Court Minutes [ECR: Linda Christensen] re FPTC/Def Mot on Shortened Time for Continuance of Trial (Dkt 28) (held 4/13/05); Unopposed motion on shortened time to continue trial (28-1) GRANTED; FPTC cont to 5/16/05 at 11:00 am; any PCOPs to be taken at that time; TBJ cont to 5/24/05 at 9:00 am; cnsl to file proposed jury instructions, proposed voir dire questions, and trial briefs by 5/13/05; FPTC set for 4/13/05 and TBJ set for 4/18/05 VACATED; defendants' det continued.  cc: USA, S. Dattan, FPD, USM, USPO, MJ Branson, JC |
| 32 - 1 | 04/14/05 | [Re: DEF 1-2] JKS AMENDED Court Minutes [ECR: Linda Christensen] re FPTC/Def Mot on SHortened Time for Continuance of Trial (Dkt 28) (held 4/13/05); Unopposed mot on shortened time to continue trial (28-1) GRANTED; excludable delay found under 18 USC 3161(h)(8)(B)(iv); FPTC cont to 5/16/05 at 11:00 am; any PCOPs to be taken at that time; TBJ cont to 5/24/05 at 9:00 am; cnsl to file proposed jury instructions, proposed voir dire questions and trial briefs by 5/13/05; FPTC set for 4/13/05 and TBJ set for 4/18/05 VACATED; defs det continued.  cc: USA, S. Dattan, FPD, USM, USPO, MJ Branson, JC |
| 33 - 1 | 04/28/05 | {SEALED} |
| 33 - 2 | 04/29/05 | {SEALED} |
| 34 - 1 | 05/13/05 | DEF 2 Notice of Intent to change plea filed on shortened time. |
| 35 - 1 | 05/17/05 | [Re: DEF 1-2] JKS Court Minutes [ECR: April Karper] re FPTC (held 5/16/05); D-1 Prop Change of Plea set for 5/19/05 at 9:00 a.m.; D-2 Stat Hrg/Cont FPTC set for 5/24/05 at 9:00 a.m., Trial set for 5/25/05; cc: USA, D. Dattan, FPD, USPO, USM, JC, MJ Branson. |
| 36 - 1 | 05/17/05 | DEF 1 Unopposed motion on shortened time to continue trial date. |
| 37 - 1 | 05/18/05 | [Re: DEF 1] JKS Minute Order re hrg on def's unoppos mot to cont trial date (36-1) set for 5/23/05 at 10:30 a.m. cc: USA, D. Dattan, USM, USPO, MJ Branson |
| 38 - 1 | 05/19/05 | {SEALED} |
| 39 - 1 | 05/20/05 | [Re: DEF 2] JKS Minute Order re TBJ prev set for 5/24/05 as to D2 is VACATED. cc: USA, FPD, USM, USPO, JC, MJ Branson |
| 40 - 1 | 05/23/05 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re Hearing on Defendant's Unopposed Motion to Continue Trial (held 5/23/05); Oral Motion to Withdraw granted; Mark Rosenbaum appointed as CJA counsel; Trial date reset to 8/9/05 at 9:00 am; FPTC reset to 8/8/05 at 9:00 am; excludable delay found under 18 USC 3161(h)(8)(B)(iv).  cc: USA, S. Dattan, M. Rosenbaum, USM, USPO, Jury Clerk |
| 41 - 1 | 06/01/05 | DEF 1 CJA appointment of M. Rosenbaum. |
| 42 - 1 | 06/08/05 | [Re: DEF 1-2] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: cnsl, Judge Singleton |
| 43 - 1 | 06/15/05 | [Re: DEF 1-2] JKS Minute Order by agreement of the judges case is reassigned to Judge Beistline; re D1 the FPTC set for 8/8 & TBJ set for |

Case 3:04-cr-00131-JKS   Document 56   Filed 11/17/2004   Page 7 of 7
```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0131--CR (JKS)
                         "USA V JOSHUA A. HILER ET AL"
```

For all filing dates

```
Document #     Filed       Docket text
```

|  |  |  |
|---|---|---|
|  |  | 8/9 before Judge Singleton RESET for FPTC for 8/4 at 8:45 a.m. & TBJ for 8/8 for 8:30 a.m. before Judge Beistline. cc: USA, M. Rosenbaum, FPD, USM, USPO, MJ Roberts, Judge Beistline, JC |
| 44 - 1 | 07/19/05 | DEF 1 motion for three week continuance of trial. |
| 45 - 1 | 07/21/05 | [Re: DEF 1] RRB Minute Order that a hearing on the mot for three week continuance of trial (dkt 44) is set for 7/26/05 at 2:00 p.m. in Courtroom #2. cc: cnsl |
| 46 - 1 | 07/22/05 | [Re: DEF 1] RRB Minute Order by agreement of the judges, this case is reassigned to Juge James K. Singleton, Jr. for all further proceedings. Parties to use case number A04-0131 CR (JKS) on all future filings.  The hearing on def's motion for continuance of trial set 7/26/05 is vacated and reset for 7/25/05 at 3:30 p.m. before Judge Singleton in Courtroom #4.  cc: AUSA, M. Rosenbaum, USM, USPO |
| 47 - 1 | 07/26/05 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re Hearing on Def's Mot for Three Week Continuance of Trial (Dkt 44) (held 7/25/05); motion three week continuance of trial (44-1) granted; FPTC set for 8/4/05 and TBJ set for 8/7/05 vacated; FPTC reset for 8/29/05 at 1:30 pm and TBJ reset for 8/30/05 at 9:00 am.  cc:  USA, M. Rosenbaum, USM, USPO, MJ Roberts, JC |
| 48 - 1 | 07/27/05 | [Re: DEF 2] JKS Judgment of Discharge dismissed or Other count(s) 5 of the Indictment (1-1). cc: USA, FPD, USM, USPO, MJ Roberts, def w/cnsls cy |
| 49 - 1 | 07/28/05 | [Re: DEF 2] Certified cy JKS Court Minutes [ECR: Robin Carter] Re: IOS in A05-0049-CR (JKS) (held 7/25/05); Ct 5 of Indt dism as to this def only by gov mot.  cc: USA, FPD, USM, USPO |
| 50 - 1 | 08/11/05 | {SEALED} |
| 51 - 1 | 08/15/05 | DEF 1 Notice of Intent to change plea. |
| 52 - 1 | 08/16/05 | [Re: DEF 1] JKS Minute Order PCOP hrg set for 8/22/05 at 2:30 a.m. cc: USA, M. Rosenbaum, USM, USPO, MJ Roberts |
| 50 - 2 | 08/17/05 | {SEALED} |
| 54 - 1 | 08/17/05 | {SEALED} |
| 53 - 1 | 08/18/05 | {SEALED} |
| 54 - 2 | 08/18/05 | {SEALED} |
| 55 - 1 | 08/18/05 | {SEALED} |
| 56 - 1 | 08/23/05 | [Re: DEF 1] Cert cy of JKS Court Minutes [ECR: Linda Christensen] in case A05-0079 CR (JKS) re EOP on Felony Info (held 8/22/05); FPTC set for 8/29/05 and trial set for 8/30/05 VACATED; charges to be dismissed at IOS in case A05-0079 CR (JKS) set for 11/18/05 at 9:00 am. |